**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

In re:

**LINDA ROSE GHAFFARI,**

      Debtor.                                      No. **11-12331 s11**

**FIRST MODIFICATION OF
DEBTOR'S PLAN OF REORGANIZATION DATED MARCH 15, 2012**

      COMES NOW the Debtor, by counsel, and pursuant to 11 U.S.C. §1127(a), modifies the Plan of Reorganization Dated March 15, 2012, herein as follows:

      Paragraph 6.3.3. is modified to read as follows:

           **6.3.3.** The Class 2B claim shall remain unimpaired and shall be paid in full from the Estate's proceeds of the sale of the American Heritage Bank Stock. In the event that the sale of the stock from which the Class 2B Claim is to be paid does not close as contemplated within forty-five (45) days of the entry of the Confirmation Order, the Debtor will promptly propose a modification of the treatment of the Class 2B Claim under the provisions of 11 U.S.C. Section 1147, and seek confirmation of the Plan as modified.

      Paragraph 6.3.13. of the Plan is modified to read as follows:

           **6.3.13.** The Class 2L claim shall remain unimpaired and is not modified by any provision of the Plan(s) filed herein. The terms of the note and mortgage remain unmodified.

      Paragraph 6.3.14. of the Plain is modified to read as follows:

           **6.3.14.** The Class 2M claim shall remain unimpaired and is not modified by any provision of the Plan(s) filed herein. The terms of the note and mortgage remain unmodified.

      Paragraph 6.3.17. of the Plain is modified to read as follows:

           **6.3.17.** The Class 2P claim shall remain unimpaired and is not modified by any provision of the Plan(s) filed herein. The terms of the note and mortgage remain unmodified.

      Paragraph 7.4 of the Plan is modified to read as follows:

Debtor may receive a bankruptcy discharge on, or before _____, 20__ subject to the following conditions:

    **7.4.1.** Debtor has met all terms and conditions of the plan then applicable.
    **7.4.2.** All impaired classes of claims are paid in accordance with the plan.

    Respectfully submitted by:
    Moore, Berkson & Gandarilla, P.C.
    Counsel for Debtor
    s/ submitted electronically
    Bonnie B. Gandarilla
    Arin E. Berkson
    P.O. Box 7459
    Albuquerque, NM 87194-7459
    (505) 242-1218
    Fax: 242-2836
    mbglaw@swcp.com