UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

**LINDA ROSE GHAFFARI,**

    Debtor.                        No. 11-12331 s11

## ORDER CONFIRMING DEBTOR'S CHAPTER ELEVEN PLAN OF REORGANIZATION FILED MARCH 15, 2012, AS MODIFIED BY FIRST MODIFICATION FILED APRIL 25, 2012

The plan of reorganization under chapter 11 of the Bankruptcy Code filed by Linda Rose Ghaffari on March 15, 2012, as modified by the First Modification filed herein on April 25, 2012, having been transmitted to creditors and equity security holders;

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §1129(a) have been satisfied, and that the First Modification to the plan does not impair the rights of creditors having cast ballots for or against the plan;

IT IS THEREFORE ORDERED that:

The Plan of Reorganization filed by Linda Rose Ghaffari on March 15, 2012, (Docket No. 45), as modified by the First Modification filed herein on April 25, 2012, (Docket No. 63), is hereby confirmed.

IT IS FURTHER ORDERED THAT, prior to the Effective Date of the Plan, the Debtor shall give notice to all parties in interest listed on the mailing matrix maintained by the Court Clerk in connection with this proceeding of any deadline provided for in the Plan which takes effect or occurs after entry of this Order.

                                                          James S. Starzynski
                                                          U.S. BANKRUPTCY JUDGE

Date Entered on Docket: April 30, 2012

Prepared and submitted by:
Moore, Berkson & Gandarilla, P.C.
Counsel for Debtor
s/ submitted electronically
Bonnie B. Gandarilla
George M. Moore
P.O. Box 7459
Albuquerque, NM 87194
(505) 242-1218
Fax: 242-2836
mbglaw@swcp.com

Approved by:
Counsel for State of New Mexico
Taxation and Revenue Department
approved via e-mail 4-26-12
James C. Jacobsen
111 Lomas NW, Ste. 300
Albuquerque, NM 87102-2368
(505) 222-9085
E-mail:  jjacobsen@nmag.gov

approved via e-mail 4-26-12
Karen H. Bradley
Susan C. Little & Associates, P.A.
Counsel for U.S. Bank , N.A. and
BAC Home Loans Servicing
P.O. Box 3509
Albuquerque, NM 87190-3509
505-254-7767
Karen-B@littlepa.com

After entry, copies to:

United States Trustee
P. O. Box 608
Albuquerque, NM 87103
Fax: 505-248-6558
ustpregion20.aq.ecf@usdoj.gov

J:\Ace\eorders\11-12331 cfn.wpd