This page is part of your document - DO NOT DISCARD

**20191014773**



Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

09/26/19 AT 04:47PM

| | |
|---|---:|
| FEES: | 23.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 98.00 |

SEQ:
01

SECURE - Daily

THIS FORM IS NOT TO BE DUPLICATED

Case 11-12331-t11    Doc 161-3    Filed 11/25/19    Entered 11/25/19 05:37:08 Page 1 of 3

Recording Requested By:
NATIONSTAR MORTGAGE DBA MR. COOPER

When Recorded Return To:

DOCUMENT ADMINISTRATION
NATIONSTAR MORTGAGE DBA MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Los Angeles, California
SELLER'S SERVICING #: ▇▇▇▇ "GHAFFARI"

MIN #: ▇▇▇▇ SIS #: 1-888-679-6377

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NATIONPOINT, A DIV OF FFFC, AN OP SUB OF MLB&T CO, FSB, ITS SUCCESSORS AND ASSIGNS hereby grants, assigns and transfers to U.S. BANK, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TO LASALLE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF THE MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1 at 425 WALNUT STREET, CINCINNATI, OH 45202 all its interest under that certain Deed of Trust dated 02/14/2007, in the amount of $437,800.00, executed by LINDA GHAFFARI, AN UNMARRIED WOMAN to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NATIONPOINT, A DIV. OF FFFC, AN OP. SUB. OF MLB&T CO. FSB and Recorded: 02/21/2007 as Instrument No.: 20070369466 in the County of Los Angeles, State of California.

In witness whereof this instrument is executed.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR NATIONPOINT, A DIV OF FFFC, AN OP SUB OF MLB&T CO, FSB, ITS SUCCESSORS AND ASSIGNS
On August 20th, 2019

_____
TSEDALE ALEMU, Vice-President

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2
STATE OF Texas
COUNTY OF Dallas

On August 20th, 2019, before me, SYLVIA RAMIREZ, a Notary Public in and for Dallas in the State of Texas, personally appeared TSEDALE ALEMU, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*[signature]*
SYLVIA RAMIREZ
Notary Expires: 03/07/2023 #131921660

SYLVIA RAMIREZ
Notary Public, State of Texas
Comm. Expires 03-07-2023
Notary ID 131921660

(This area for notarial seal)