❤ Summary

### AIN: 2314-014-017 ⁹

| Situs Address: | | Use Type: | Single Family Residence | Parcel Status: | ACTIVE |
|---|---|---|---|---|---|
| 11323 BLYTHE ST | | Parcel Type: | Regular Fee Parcel | Create Date: | |
| LOS ANGELES CA 91352-4432 | | Tax Rate Area: | 00013 | Delete Date: | |
| | | | | Tax Status: | CURRENT |
| | | | | Year Defaulted: | |
| | | | | Exemption: | None |

**Building (0101) & Land Overview**

| Use Code: | 0100 | # of Units: | 1 | Year Built: | 1954 |
|---|---|---|---|---|---|
| Design Type: | 0110 | Beds/Baths: | 5/3 | Effective Year: | 1962 |
| Quality Class: | D6B | Building SqFt: | 2,196 | Land SqFt: | 5,526 |

(http://assessormap.co.la.ca.us/Geocortex/E val=2314-014)
Parcel Map (http://assessormap.co.la.ca.us/Geocortex/Esser val=2314-014) / Map Index (http://maps.assessor.lacounty.gov/Geocortex/Es val=2314-NDX)

| | 2020 Roll Preparation | | 2019 Current Roll | RC | Year | | 2002 Base Value |
|---|---|---|---|---|---|---|---|
| $ | 159,389 | $ | 156,264 | T | 2002 | $ | 118,000 |
| $ | 137,773 | $ | 135,072 | T | 2002 | $ | 102,000 |
| $ | 297,162 | $ | 291,336 | | | $ | 220,000 |

**Assessor's Responsible Division**

| District: | North District Office | North District Office (https://maps.google.com/?q=13800+Balboa+Blvd.+Sylmar%2C+CA+91342) | Phone: (818) 833-6000 |
|---|---|---|---|
| Region: | 03 | 13800 Balboa Blvd. | Toll Free: 1 (888) 807-2111 |
| Cluster: | 03133 NORTH HOLLYWOOD | Sylmar, CA 91342 | M-F 7:30 am to 5:00 pm |


11323 Blythe St, Sun Valley, CA 91352-4432



### Building and Land Characteristics

#### Land Information

*Use Code* = 0100 (Single Family Residence)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total SqFt (GIS):** | 5,526 | **Sewers:** | Yes | **Corner Lot:** | No | **Zoning:** | (Refer Issuing Agency) |
| **Total SqFt (PDB):** | 5,544 | **Flight Path:** | No | **Golf Front:** | No | | |
| **Usable SqFt:** | 5,510 | **X-Traffic:** | No | **Horse Lot:** | No | **Code Split:** | No |
| **Acres:** | | **Freeway:** | No | **View:** | None | **Impairment:** | None |
| **Land W' x D':** | 56 x 99 | | | | | | |

**Use Code:** 0100 (Single Family Residence)
0 = Residential
1 = Single Family Residence
0 = Unused or Unknown Code (No Meaning)
0 = Unused or Unknown Code (No Meaning)

**Situs Address:**
11323 BLYTHE ST LOS ANGELES CA 91352-4432

**Legal Description** *(for assessment purposes)*:
TRACT NO 16328 LOT 16

#### Building Information

| *SUBPART:* | 0101 | # of Units: | 1 | Year Built: | 1954 | RCN Other: | $ 25,470 |
|---|---|---|---|---|---|---|---|
| **Design Type:** | 0110 | **Beds/Baths:** | 5/3 | **Effective Year:** | 1962 | **RCN Other Trended:** | $ 45,893 |
| **Quality Class:** | D6B | **Building SqFt:** | 2,196 | **Depreciation:** | UN80 / 0 | **Year Change:** | 2001 |

**Design Type:** 0110
0 = Residential
1 = Single Family Residence
1 = Floor or Wall Heat
0 = Unused or Unknown Code (No Meaning)

| **SUMMARY:** | *Total* | # of Units: | 1 |
|---|---|---|---|
| | | Beds/Baths: | 5/3 |
| | | Building SqFt: | 2,196 |
| | | Avg SqFt/Unit: | 2,196 |

### Events History

Ownership ()  Parcel Change ()



Show Re-Assessable Only: ☐

| Recording Date | Seq. # | Re-Assessed | # Parcels | % | Ver. Code | DTT Sale Price | Assessed Value |
|---|---|---|---|---|---|---|---|
| 07/11/2005 | 50 | No | 1 | 00%-0 | 1 | $ 0 | $ 237,823 |
| 08/27/2001 | 50 | Yes | 1 | 00%-0 | K | $ 220,000 | $ 220,000 |
| 07/17/2000 | 50 | No |   | 00%-0 |   | $ 0 | $ 110,176 |
| 03/29/1967 | 50 | Yes | 1 | 00%-0 | 1 | $ 21,000 | $ 0 |
| 09/25/1964 | 50 | Yes | 1 |   | 1 | $ 18,500 | $ 0 |

❖ Assessment History

Show All: ☐  Hide Inactive Rolls: ☐                         Showing 1 to 10 of 40 entries.

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 220-PSEG |   |   |   | 07/11/2005 | $ 297,162 | $ 159,389 | $ 137,773 |
| 2190000 | R | A | 07/01/2019 | 07/11/2005 | $ 291,336 | $ 156,264 | $ 135,072 |
| 2180000 | R | A | 07/19/2018 | 07/11/2005 | $ 285,624 | $ 153,200 | $ 132,424 |
| 2170000 | R | A | 06/26/2017 | 07/11/2005 | $ 280,025 | $ 150,197 | $ 129,828 |
| 2160000 | R | A | 07/05/2016 | 07/11/2005 | $ 274,535 | $ 147,252 | $ 127,283 |
| 2150000 | R | A | 06/23/2015 | 07/11/2005 | $ 270,413 | $ 145,041 | $ 125,372 |
| 2140000 | R | A | 06/24/2014 | 07/11/2005 | $ 265,117 | $ 142,200 | $ 122,917 |
| 2130000 | R | A | 06/25/2013 | 07/11/2005 | $ 263,920 | $ 141,558 | $ 122,362 |
| 2120000 | R | A | 06/27/2012 | 07/11/2005 | $ 258,746 | $ 138,783 | $ 119,963 |
| 2110000 | R | A | 07/06/2011 | 07/11/2005 | $ 253,673 | $ 136,062 | $ 117,611 |

«  1  2  3  4  »

© 2017- Los Angeles County Assessor     Contact Us (https://assessor.lacounty.gov/contact-us/) | Disclaimer (disclaimer) | FAQ (faq)     (https://facebook.com/LACAssessor)
PDB Effective Date: 11/03/2019

Case 11-12331-t11    Doc 161-4    Filed 11/25/19    Entered 11/25/19 05:37:08 Page 3 of 3
https://portal.assessor.lacounty.gov/parceldetail/2314014017                              11/5/2019