# Ghaffari



| Date Pmt Received | Pmt Effective Date | Contractual Paid Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Amount Applied to Escrow | Amount Applied to Suspense | Principal Balance | Escrow Balance | Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **$411,394.07** | **$732.71** | **$0.00** | |
| | | | | | | | | $411,394.07 | $732.71 | $0.00 | |
| | | | | | | | | $411,394.07 | $732.71 | $0.00 | |
| 06/28/11 | 06/28/11 | | $500.00 | | | | $500.00 | $411,394.07 | $732.71 | $500.00 | PMT-MISC SUSP |
| 07/18/11 | 07/18/11 | | $1,000.00 | | | | $1,000.00 | $411,394.07 | $732.71 | $1,500.00 | PMT-MISC SUSP |
| 07/18/11 | 07/18/11 | | | | | | ($500.00) | $411,394.07 | $732.71 | $1,000.00 | MISC ADJ |
| 08/18/11 | 08/18/11 | | | | | ($784.00) | | $411,394.07 | ($51.29) | $1,000.00 | ESCROW |
| 09/26/11 | 09/26/11 | | $500.00 | | | | $500.00 | $411,394.07 | ($51.29) | $1,500.00 | PMT-MISC SUSP |
| 11/16/11 | 11/16/11 | | $300.00 | | | | $300.00 | $411,394.07 | ($51.29) | $1,800.00 | PMT-MISC SUSP |
| 11/17/11 | 11/17/11 | | | | | ($1,706.44) | | $411,394.07 | ($1,757.73) | $1,800.00 | ESCROW |
| 12/30/11 | 12/30/11 | | | | | $11.52 | | $411,394.07 | ($1,746.21) | $1,800.00 | ESCROW |
| 01/03/12 | 01/03/12 | | $300.00 | | | | $300.00 | $411,394.07 | ($1,746.21) | $2,100.00 | PMT-MISC SUSP |
| 01/17/12 | 01/17/12 | | $300.00 | | | | $300.00 | $411,394.07 | ($1,746.21) | $2,400.00 | PMT-MISC SUSP |
| 02/24/12 | 02/24/12 | | $600.00 | | | | $600.00 | $411,394.07 | ($1,746.21) | $3,000.00 | PMT-MISC SUSP |
| 03/23/12 | 03/23/12 | | | | | ($1,706.43) | | $411,394.07 | ($3,452.64) | $3,000.00 | ESCROW |
| 03/28/12 | 03/28/12 | | $500.00 | | | | $500.00 | $411,394.07 | ($3,452.64) | $3,500.00 | PMT-MISC SUSP |
| 03/30/12 | 03/30/12 | | | | | | ($3,148.13) | $411,394.07 | ($3,452.64) | $351.87 | MISC ADJ |
| 03/30/12 | 03/30/12 | 05/01/11 | | $538.81 | $2,228.38 | $380.94 | | $410,855.26 | ($3,071.70) | $351.87 | PAYMENT |
| 05/14/12 | 05/14/12 | | $800.00 | | | | $800.00 | $410,855.26 | ($3,071.70) | $1,151.87 | PMT-MISC SUSP |
| 07/10/12 | 07/10/12 | | $900.00 | | | | $900.00 | $410,855.26 | ($3,071.70) | $2,051.87 | PMT-MISC SUSP |
| 08/06/12 | 08/06/12 | | $900.00 | | | | $900.00 | $410,855.26 | ($3,071.70) | $2,951.87 | PMT-MISC SUSP |
| 08/17/12 | 08/17/12 | | $1,000.00 | | | | $1,000.00 | $410,855.26 | ($3,071.70) | $3,951.87 | PMT-MISC SUSP |
| 08/20/12 | 08/20/12 | | | | | | ($3,148.13) | $410,855.26 | ($3,071.70) | $803.74 | MISC ADJ |
| 08/20/12 | 08/20/12 | 06/01/11 | | $541.72 | $2,225.47 | $380.94 | | $410,313.54 | ($2,690.76) | $803.74 | PAYMENT |
| 09/04/12 | 09/04/12 | | | | | ($893.00) | | $410,313.54 | ($3,583.76) | $803.74 | ESCROW |
| 09/11/12 | 09/11/12 | | $1,200.00 | | | | $1,200.00 | $410,313.54 | ($3,583.76) | $2,003.74 | PMT-MISC SUSP |
| 10/11/12 | 10/11/12 | | $1,000.00 | | | | $1,000.00 | $410,313.54 | ($3,583.76) | $3,003.74 | PMT-MISC SUSP |
| 11/09/12 | 11/09/12 | | $1,144.39 | | | | $1,144.39 | $410,313.54 | ($3,583.76) | $4,148.13 | PMT-MISC SUSP |
| 11/09/12 | 11/09/12 | | | | | ($1,757.74) | | $410,313.54 | ($5,341.50) | $4,148.13 | ESCROW |
| 11/16/12 | 11/16/12 | | | | | | ($3,148.13) | $410,313.54 | ($5,341.50) | $1,000.00 | MISC ADJ |
| 11/16/12 | 11/16/12 | 07/01/11 | | $544.66 | $2,222.53 | $380.94 | | $409,768.88 | ($4,960.56) | $1,000.00 | PAYMENT |
| 11/23/12 | 11/23/12 | | $800.00 | | | | $800.00 | $409,768.88 | ($4,960.56) | $1,800.00 | PMT-MISC SUSP |
| 12/04/12 | 12/04/12 | | | | | ($2,520.00) | | $409,768.88 | ($7,480.56) | $1,800.00 | ESCROW |
| 12/10/12 | 12/10/12 | | $1,000.00 | | | | $1,000.00 | $409,768.88 | ($7,480.56) | $2,800.00 | PMT-MISC SUSP |
| 01/09/13 | 01/09/13 | | $316.93 | | | | $316.93 | $409,768.88 | ($7,480.56) | $3,116.93 | PMT-MISC SUSP |
| 03/07/13 | 03/07/13 | | | | | ($1,757.73) | | $409,768.88 | ($9,238.29) | $3,116.93 | ESCROW |
| 07/13/13 | 07/05/13 | | | | | $1,090.65 | | $409,768.88 | ($8,147.64) | $3,116.93 | HAZARD SFR DEPOSIT |
| 09/23/13 | 09/23/13 | | | | | ($1,066.00) | | $409,768.88 | ($9,213.64) | $3,116.93 | HAZARD DISBURSED |
| 11/14/13 | 11/14/13 | | | | | ($1,734.67) | | $409,768.88 | ($10,948.31) | $3,116.93 | COUNTY TAX DISBURSED |
| 12/09/13 | 12/09/13 | | | | | ($2,250.00) | | $409,768.88 | ($13,198.31) | $3,116.93 | FLOOD SFR DISBURSED |
| 03/07/14 | 03/07/14 | | | | | ($1,734.66) | | $409,768.88 | ($14,932.97) | $3,116.93 | COUNTY TAX DISBURSED |
| 04/08/14 | 04/08/14 | | | | | | ($3,116.93) | $409,768.88 | ($14,932.97) | $0.00 | FORBEARANCE ADJ |
| 04/08/14 | 04/08/14 | | | | | $3,116.93 | | $409,768.88 | ($14,932.97) | $3,116.93 | PMT-MISC SUSP |
| 09/09/14 | 09/09/14 | | | | | ($2,138.00) | | $409,768.88 | ($17,070.97) | $3,116.93 | FLOOD SFR DISBURSED |

Case 11-12331 Doc 123-5 Filed 11/25/19 Entered 11/25/19 05:37:08 Page 1

| Date Pmt Received | Pmt Effective Date | Contractual Paid Date | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Amount Applied to Escrow | Amount Applied to Suspense | Principal Balance | Escrow Balance | Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/14 | 09/23/14 | | | | | ($1,306.00) | | $409,768.88 | ($18,376.97) | $3,116.93 | HAZARD SFR DISBURSED |
| 11/07/14 | 11/07/14 | | | | | ($1,734.59) | | $409,768.88 | ($20,111.56) | $3,116.93 | COUNTY TAX DISBURSED |
| 03/16/15 | 03/16/15 | | | | | ($1,734.58) | | $409,768.88 | ($21,846.14) | $3,116.93 | COUNTY TAX DISBURSED |
| 09/24/15 | 09/24/15 | | | | | ($1,379.15) | | $409,768.88 | ($23,225.29) | $3,116.93 | HAZARD SFR DISBURSED |
| 10/23/15 | 10/23/15 | | | | | ($2,046.79) | | $409,768.88 | ($25,272.08) | $3,116.93 | FLOOD SFR DISBURSED |
| 11/09/15 | 11/09/15 | | | | | ($1,725.34) | | $409,768.88 | ($26,997.42) | $3,116.93 | COUNTY TAX DISBURSED |
| 03/21/16 | 03/21/16 | | | | | ($1,725.33) | | $409,768.88 | ($28,722.75) | $3,116.93 | COUNTY TAX DISBURSED |
| 05/24/16 | 05/24/16 | | | | | | $15.00 | $409,768.88 | ($28,722.75) | $3,131.93 | PMT-MISC SUSP |
| 06/02/16 | 06/02/16 | | | | | | ($15.00) | $409,768.88 | ($28,722.75) | $3,116.93 | MISC SUSP DISB |
| 09/23/16 | 09/23/16 | | | | | ($1,447.15) | | $409,768.88 | ($30,169.90) | $3,116.93 | HAZARD SFR DISBURSED |
| 09/23/16 | 09/23/16 | | | | | ($2,048.55) | | $409,768.88 | ($32,218.45) | $3,116.93 | FLOOD SFR DISBURSED |
| 11/29/16 | 11/29/16 | | | | | ($1,749.68) | | $409,768.88 | ($33,968.13) | $3,116.93 | COUNTY TAX DISBURSED |
| 03/23/17 | 03/23/17 | | | | | ($1,749.67) | | $409,768.88 | ($35,717.80) | $3,116.93 | COUNTY TAX DISBURSED |
| 09/07/17 | 09/07/17 | | | | | ($2,048.55) | | $409,768.88 | ($37,766.35) | $3,116.93 | FLOOD SFR DISBURSED |
| 09/26/17 | 09/26/17 | | | | | ($1,565.15) | | $409,768.88 | ($39,331.50) | $3,116.93 | HAZARD SFR DISBURSED |
| 11/29/17 | 11/29/17 | | | | | ($1,800.52) | | $409,768.88 | ($41,132.02) | $3,116.93 | COUNTY TAX DISBURSED |
| 03/26/18 | 03/26/18 | | | | | ($1,800.50) | | $409,768.88 | ($42,932.52) | $3,116.93 | COUNTY TAX DISBURSED |
| 09/06/18 | 09/06/18 | | | | | ($2,048.55) | | $409,768.88 | ($44,981.07) | $3,116.93 | FLOOD SFR DISBURSED |
| 09/27/18 | 09/27/18 | | | | | ($1,615.15) | | $409,768.88 | ($46,596.22) | $3,116.93 | HAZARD SFR DISBURSED |
| 11/19/18 | 11/19/18 | | | | | ($1,840.08) | | $409,768.88 | ($48,436.30) | $3,116.93 | COUNTY TAX DISBURSED |
| 03/21/19 | 03/21/19 | | | | | ($1,840.07) | | $409,768.88 | ($50,276.37) | $3,116.93 | COUNTY TAX DISBURSED |
| 09/09/19 | 09/09/19 | | | | | ($2,048.55) | | $409,768.88 | ($52,324.92) | $3,116.93 | FLOOD SFR DISBURSED |
| 09/17/19 | 09/17/19 | | | | | ($1,057.15) | | $409,768.88 | ($53,382.07) | $3,116.93 | HAZARD SFR DISBURSED |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |
| | | | | | | | | $409,768.88 | ($53,382.07) | $3,116.93 | |

Case 11-12331 Doc 161-5 Filed 11/25/19 Entered 11/25/19 05:37:08 Page 2